435 A.2d 919

McGlade, Sr., et ux., Appellants v. Ohio Cas. Ins. Co.

Argued December 5, 1980. Andrew Elash, for appellants; Joel Feldscher, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the lower court opinion of Judge Gafni.

435 A.2d 919

McHugh, Appellants v. Interstate Oil Trans. Corp., et al.
Petition for Allowance of Appeal Denied Jan. 4, 1982.

Argued December 2, 1980. Ronald L. Wolf, for appellants; Stuart M. Goldstein, for Interstate Oil, appellee; Larry R. Barron, for Mobil Oil, appellee; and Joseph C. DeMaria, for E. W. Saybolt, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

The orders of the lower court are hereby affirmed.